IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARC S. ROY                                                                PLAINTIFF

V.                                        CIVIL ACTION NO.: 3:06CV350WHB-JCS

FAIR COLLECTIONS AND
OUTSOURCING, INC.                                            DEFENDANT

## FINAL JUDGMENT DISMISSING COMPLAINT

**THIS CAUSE** having come on to be heard on Joint Motion of the Plaintiff, Mark S. Roy, and the Defendant, Fair Collections and Outsourcing, Inc., requesting that the Complaint filed in this matter, be dismissed, with prejudice, on the grounds that the parties have compromised and settled all disputes and controversies, and the Court, being fully advised in the premises, finds that said Motion is well taken and should be granted. It is, therefore;

**ORDERED AND ADJUDGED** that the Complaint filed in this matter, be and hereby is, dismissed, with prejudice, with the parties to bear their own costs. It is further,

**ORDERED AND ADJUDGED** that the Court shall retain jurisdiction hereafter for a period not exceeding Thirty (30) days solely for the purpose of monitoring and if necessary, enforcing the settlement agreement between the parties.

SO ORDERED this 22 day of FEBRUARY, 2007.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO CONTENT AND FORM:

_____        _____
J. PATRICK FRASCOGNA,                           WILLIAM V. WESTBROOK, III,
ATTORNEY FOR PLAINTIFF                       ATTORNEY FOR DEFENDANT